UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BETTY T. HART                                                 CIVIL ACTION NO. 09-1401

VERSUS                                                        JUDGE S. MAURICE HICKS, JR.

U.S. COMMISSIONER SOCIAL                                      MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment (Record Document 21) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 29th day of March, 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE